

COURT OF APPEALS

| | | |
|---|---|---|
| SANDEE BRYAN MARION | FOURTH COURT OF APPEALS DISTRICT | KEITH E. HOTTLE CLERK |
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | OF COURT |
| KAREN ANGELINI | 300 DOLOROSA, SUITE 3200 | |
| MARIALYN BARNARD | SAN ANTONIO, TEXAS 78205-3037 | |
| REBECA C. MARTINEZ | WWW.TXCOURTS.GOV/4THCOA.ASPX | TELEPHONE |
| PATRICIA O. ALVAREZ | | (210) 335-2635 |
| LUZ ELENA D. CHAPA | | |
| JASON PULLIAM | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

April 27, 2015

Kennon Wooten
Scott Douglas & McConnico LLP
303 Colorado Street, Suite 2400
Austin, TX 78701-2589

Mark Hanna
Scott, Douglass & McConnico, L.L.P.
303 Colorado Street
Austin, TX 78701

Roger Sherman Braugh Jr.
802 N Carancahua St., Ste. 900
Corpus Christi, TX 78401-0013

Lee S. Gill
Jones Gill L.L.P.
6363 Woodway, Suite 1100
Houston, TX 77057

William David George
700 JPMorgan Chase Tower
600 Travis St., Ste. 700
Houston, TX 77002-2910

Joel Vale Jr.
Atlas, Hall & Rodriguez, LLP
818 W. Pecan Blvd.
McAllen, TX 78501

RE:  Court of Appeals Number:  04-14-00527-CV
     Trial Court Case Number:  DC-04-120
     Style:  Anna Maria Salinas Saenz, et al. v. Thorp Petroleum
             Corp., et al.

Dear Counsel:

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Margaret E. Adams
Legal Assistant, Fourth Court of Appeals
210.335.3854

cc:  O. C. Hamilton, Jr.
     Manfred Sternberg Jr.
     Rolando Cantu
     James A. Porter
     Jose Luis Flores
     Daniel T. Robles



## Fourth Court of Appeals
### San Antonio, Texas

April 27, 2015

No. 04-14-00527-CV

Anna Maria Salinas Saenz, et al.,
Appellants

v.

Thorp Petroleum Corp., et al.,
Appellees

Trial Court Case No. DC-04-120

## ORDER

The Court has reviewed the record and briefs in this appeal and has determined that oral argument will not significantly aid it in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Therefore, all requests for oral argument are denied, and the cause is advanced for **ON BRIEFS** submission on June 9, 2015, to the following panel: Justice Marialyn Barnard, Justice Patricia O. Alvarez, and Justice Jason Pulliam. All parties will be notified of the Court's decision in this appeal in accordance with TEX. R. APP. P. 48.

Either party may file a motion requesting the Court to reconsider its determination that oral argument will not significantly aid the Court in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Such a motion should be filed within ten (10) days from the date of this order.

It is so **ORDERED** on April 27, 2015.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this April 27, 2015.

Keith E. Hottle, Clerk

COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

SAN ANTONIO

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE



UNITED STATES POSTAGE
$ 00.48°
MAILED FROM ZIP CODE 78205
02 1P
0003179973
APR 29 2015

7705720456035

Manfred Sternberg Jr.
Manfred Sternberg & Associates
2425 Fountainview, Suite 160
Houston, TX 77057

782 N7E 1
FORWARD TIME EXP RTN TO SEND
:MANFRED STERNBERG & ASSOCIATES
4550 POST OAK PLACE DR STE 119
HOUSTON TX 77027-3142
RETURN TO SENDER

31410004/30/15